**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 6, 2011.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00817-CR

———————

### IN RE KEEPER RAY HUDSON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**338th District Court**
**Harris County, Texas**
**Trial Court Cause No. 906051**

---

## M E M O R A N D U M   O P I N I O N

On September 16, 2011, relator filed a "Petition for Leave to Set Aside Void Conviction" in this court. *See* Tex. R. App. P. 52. Relator complains his conviction is void because the Honorable Ogden Bass was not qualified to be appointed to, and there is no order appointing him to, the 174th District Court of Harris County, Texas.

Texas Code of Criminal Procedure article 11.07 governs the procedure for obtaining post-conviction relief from a final felony conviction. *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2010). Article 11.07 provides no role for the courts of appeals in this process. *See id.* Accordingly, we are without jurisdiction to set aside relator's conviction.

Relator's petition is dismissed for lack of jurisdiction. Tex. R. App. P. 52.8(a).


PER CURIAM

Panel consists of Justices Brown, Boyce, and McCally.

Do Not Publish — TEX. R. APP. P. 47.2(b).